*Formatted for Electronic Distribution*                                    *For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **Mark A. Wise and**                                          Chapter 7 Case
    **Cynthia D. Wise,**                                        # 10-11140
                      **Debtors.**

_____

*Filed & Entered*
*On Docket*
*July 25, 2011*

*Appearances:*     *David W. Lynch, Esq.*                       *Kevin Purcell, Esq.*
                         *Colchester, VT*                                 *Albany, NY*
                         *For the Debtors*                              *For the United States Trustee*

## ORDER
### DENYING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

         For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that

1.    the United States Trustee's motion to dismiss the Debtors' chapter 7 case for abuse of the bankruptcy system under § 707(b)(1), based upon a presumption of abuse under § 707(b)(2), is time-barred; and

2.    the United States Trustee's motion to dismiss the instant case under § 707(b)(3)(B), is denied due to the movant's failure to demonstrate abuse based upon the totality of the circumstances.

Accordingly, the United States Trustee's motion to dismiss is DENIED in toto.

     SO ORDERED.

                                                                                          _____

July 25, 2011                                                              Colleen A. Brown
Burlington, Vermont                                      United States Bankruptcy Judge